UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL PEREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF TULARE, CORPORAL GERMAN BARRIOS, KELLY HABROUN, ROXANN MARTINEZ and DOES 1-5.<br><br>   Defendants. | Case No. 1:24-cv-00054-KES-EPG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINES**<br><br>(ECF No. 52). |

On March 27, 2026, the parties filed a joint stipulation to continue the expert discovery and dispositive motion filing deadlines in this action. (ECF No. 52). The parties state the basis for the request is as follows

> The parties jointly request that the deadlines for initial expert disclosures, rebuttal expert disclosures, the completion of expert discovery, and the dispositive motion filing deadline each be continued by eight (8) weeks to allow the parties to conduct settlement discussions and mediation, while delaying the costs associated with expert discovery.

(*Id.* at 1).

The current deadlines for Expert Discovery and Dispositive Motion filings are scheduled for May 27, 2026, and June 10, 2026, respectively. (*See* ECF No. 29).

///

///

1

Having reviewed the parties' Stipulation to Continue the Expert Discovery and Dispositive Motion Filing Deadlines, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1.    The expert discovery deadlines and the dispositive motion filing deadlines are continued as set forth below.

| Deadline Type | Previous Deadline | New Deadline |
| --- | --- | --- |
| Initial Expert Disclosure Disclosures | March 27, 2026 | May 22, 2026 |
| Rebuttal Expert Disclosures | April 27, 2026 | June 22, 2026 |
| Expert Discovery Cutoff | May 27, 2026 | July 22, 2026 |
| Dispositive Motion Filing Deadline | June 10, 2026 | August 5, 2026 |

IT IS SO ORDERED.

Dated:    **March 30, 2026**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE