UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL PEREZ,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF TULARE, CORPORAL GERMAN BARRIOS, KELLY HABROUN, ROXANN MARTINEZ and DOES 1-5.<br><br>      Defendants. | Case No. 1:24-cv-00054-KES-EPG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINES**<br><br>(ECF No. 54). |

On May 15, 2026, the parties filed a joint stipulation to continue the expert discovery and dispositive motion filing deadlines in this action. (ECF No. 54). This is the second such request. The stipulation provides the following:

1. The parties jointly request that the deadlines for initial expert disclosures, rebuttal expert disclosures, the completion of expert discovery, and the dispositive motion filing deadline each be continued by twenty-eight (28) days to allow the parties to conduct mediation on May 19, 2026, while delaying the costs associated with expert discovery.
2. Pursuant to the Court's Order [Dkt. 53], the Expert Discovery Cutoff and Dispositive Motion Filing deadlines are currently scheduled for May 22, 2026 and August 5, 2026, respectively.
3. The parties are scheduled to mediate the case on May 19, 2026 before mediator Lee Jacobson.  The parties request that the Court continue the deadlines as set forth in the chart below.

(*Id.* at 1-2).

\\\

1

Having reviewed the parties' Stipulation to Continue the Expert Discovery and Dispositive Motion Filing Deadlines, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1.     The expert discovery deadlines and the dispositive motion filing deadlines are continued as set forth below.

| Deadline Type | Current Deadline | New Deadline |
| --- | --- | --- |
| Initial Expert Disclosures | May 22, 2026 | June 18, 2026 |
| Rebuttal Expert Disclosures | June 22, 2026 | July 20, 2026 |
| Expert Discovery Cutoff | July 22, 2026 | August 19, 2026 |
| Dispositive Motion Filing Deadline | August 5, 2026 | September 2, 2026 |

IT IS SO ORDERED.

Dated:   **May 15, 2026**                    /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

2