UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL PEREZ, | Case No. 1:24-cv-00054-KES-EPG |
| Plaintiff, | ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE |
| v. | |
| CITY OF TULARE, CORPORAL GERMAN BARRIOS, ROXANN MARTINEZ, KELLY HABROUN, | (ECF No. 58). |
| Defendants. | |

On July 3, 2026, the parties filed a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(A)(ii). (ECF No. 58). The stipulation provides the following:

> Plaintiff Jesus Manuel Perez and Defendants City of Tulare, Corporal German Barrios, Roxann Martinez, and Kelly Habroun have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

(*Id.*)

In light of the parties' stipulation, this action has been terminated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:   __July 6, 2026__          /s/ _Erica P. Grosjean_
                                   **UNITED STATES MAGISTRATE JUDGE**

1